IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL REDMAN                                                              PETITIONER

        v.                        Civil No. 10-2029

STATE OF ARKANSAS; and
DANIEL SHUE, Prosecuting Attorney                                           RESPONDENT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Michael Redman submitted for filing an *in forma pauperis* (IFP) application and three pages of a petition for habeas corpus under 28 U.S.C. § 2254. On March 1, 2010, an order (Doc. 3) was entered giving Redman until March 22, 2010, to complete, sign, and return a complete habeas corpus petition to the court. Redman was advised that if he failed to provide a complete form by March 22, 2010, the case would be summarily dismissed.

To date, a completed habeas corpus petition has not been filed. Redman has not requested an extension of time to file the completed petition. He has not otherwise communicated with the court.

I therefore recommend that this case be dismissed based on Redman's failure to comply with the court's order and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**Redman has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Redman is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of April 2010.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)