IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


MICHAEL REDMAN                                          PETITIONER

        V.                          Civil No. 10-2029

DAVID EBERHARD, Director of the
Arkansas Department of Community
Correction[1]                                          RESPONDENT

                        O R D E R

        On this 13th day of September 2010, there comes on for
consideration the report and recommendation filed in this case
on August 18, 2010, by the Honorable James R. Marschewski,
United States Magistrate for the Western District of Arkansas.
(Doc. 16).   No objections were filed to the report and
recommendation.

        The court has reviewed this case and, being well and
sufficiently advised, finds as follows:   The report and
recommendation is proper and should be and hereby is adopted in
its entirety.  Accordingly, Petitioner's Motion to Dismiss (doc.
15) is GRANTED, and the 28 U.S.C. § 2254 petition is hereby
DISMISSED WITHOUT PREJUDICE.

        IT IS SO ORDERED.

                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge

_____

        [1]Mr. Redman's petition was filed against the State of Arkansas and Daniel Shue as
Prosecuting Attorney.  The Clerk is directed to substitute Mr. Eberhard as he is the proper
party.